# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SANDRA BANKS                              )

                  Plaintiff,                    )

                  v.                           )   **Civil Case No. 09-565 (RJL)**

MICHAEL J. ASTRUE,              )
Commissioner of Social Security,    )

                Defendant.              )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 30th day of November, 2010, it is hereby

**ORDERED** that the plaintiff's Motion for Judgment of Reversal [#12] is **DENIED**; and it is further

**ORDERED** that defendant's Motion for Judgment of Affirmance [#15] is **GRANTED**; and it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge